**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SOUTHEASTERN SURGICAL
PRODUCTS, LLC,**

          **Plaintiff,**

**-vs-**                                                       Case No. 6:11-cv-1833-Orl-28DAB

**MACRO TECHNOLOGIES, INC.,
MANUEL AGOSTO, NELSON BURGOS,**

          **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration on the Court's review of the file. In this breach of contract case, Plaintiff Southeastern Surgical Products, LLC ("Southeastern"), sued Defendant Macro Technologies, Inc. ("Macro"), Manuel Agosto, and Nelson Burgos for claims arising out of their failure to pay a debt owed for prosthetic devices supplied by Plaintiff. Doc. 1.

       The Court had previously ordered Southeastern to show cause by December 5, 2011, why the case should not be dismissed for lack of subject matter jurisdiction where Plaintiff has not adequately alleged diversity of citizenship. Doc. 3. Southeastern never responded. Failure to amend its Complaint to properly assert the citizenship of the LLC members and correct deficits the Court pointed out in its subject matter jurisdiction warrants **DISMISSAL** Southeastern's failure to cure the deficient allegations to support diversity jurisdiction as set forth in the Order to Show Cause (Doc. 3), to which Southeastern never responded. It is also recommended that all pending Motions (Docs. 7, 8) be **DENIED** as moot.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 27, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy