**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SOUTHEASTERN SURGICAL**
**PRODUCTS, LLC,**

        **Plaintiff,**

-vs-                                            **Case No. 6:11-cv-1833-Orl-28DAB**

**MACRO TECHNOLOGIES, INC.,**
**MANUEL AGOSTO, NELSON BURGOS,**

        **Defendants.**

_____

## ORDER

This case is before the Court on a review of the file, including the Motion for Default Judgment and the Motion to Dismiss (Doc. Nos. 7, 8). The United States Magistrate Judge has submitted a report recommending that the case be dismissed and the motions be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 27, 2012 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **DISMISSED**.

3. The Motion for Default Judgment (Doc. No. 7) is **DENIED as moot.**

4. The Motion to Dismiss (Doc. No. 8) is **DENIED as moot**.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of July, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party